CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 16 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

DAVID WILLIAMS,           )
    Petitioner,           )          Civil Action No. 7:06CV00191
                  )
v.                        )          **MEMORANDUM OPINION**
                  )
UNITED STATES PAROLE      )          By: Hon. Jackson L. Kiser
COMMISSION, et al.,       )          Senior United States District Judge
    Respondent.           )

       The petitioner filed this action as a petition for writ of habeas corpus, pursuant to 28 U.S.C.

§ 2241, on March 3, 2006 in the United States District Court for the District of Columbia. On March

29, 2006, the petition was transferred to this court. The respondents filed a motion for summary

judgment on June 5, 2006. That same date, the respondents filed a motion to transfer the petition

to the Eastern District of Pennsylvania, where the petitioner is now incarcerated. For the following

reasons, the respondents' motion to transfer will be denied.

       It is well established that jurisdiction is determined at the time a petition is filed. See United

States v. Edwards, No. 93-7172, 1994 U.S. App. LEXIS 16271, at *2 (4th Cir. June 29, 1994);

Francis v. Rison, 894 F.2d 353, 354 (9th Cir. 1990); Barden v. Keohane, 921 F.2d 476, 477 n.1 (3d

Cir. 1990); Ross v. Mebane, 536 F.2d 1199, 1201 (7th Cir. 1976); Bishop v. Med. Superintendent

of the Ionia State Hosp., 377 F.2d 467, 468 (6th Cir. 1967). At the time the instant petition was filed,

the petitioner was incarcerated at the Central Virginia Regional Jail, which is located in the Western

District of Virginia. Although the petitioner has since been transferred to the Federal Detention

Center in Philadelphia, Pennsylvania, this court retains jurisdiction over the petition. See Edwards,

1995 U.S. App. LEXIS 16271 at *2; Evans v. Romine, 182 F.3d 921 n.1 (7th Cir. 1999);

Chatman-Bey v. Thornburgh, 864 F.2d 804, 806 n.1 (D.C. Cir. 1988); Santillanes v. United States

Parole Com., 754 F.2d 887, 888 (10th Cir. 1985). Accordingly, I will deny the respondents' motion to transfer the petition.

The Clerk is directed to send certified copies of this memorandum opinion and accompanying order to the petitioner and counsel of record for the respondents.

ENTER: This ___16th___ day of June, 2006.

Senior United States District Judge